respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOLOMON BRAVERMAN and Others, Appellants, v. FORT INDEPENDENCE BUILDING CORPORATION and Others, Defendants. JEREMIAH J. SHEEHAN, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ASSOCIATION OF ARMY AND NAVY STORES, INC., Appellant, v. KLINE'S, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell and Finch, JJ., dissent.

BRA IMPORTING CORPORATION, Respondent, v. HENRY A. LIBAIRE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BRA IMPORTING CORPORATION, Respondent, v. HENRY A. LIBAIRE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CROWELL CORPORATION, Appellant, v. BAUGH & SONS COMPANY, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAURICE COSTER, Appellant, v. JOHN E. HOMMEL, Respondent.— Order modified by increasing the terms imposed as a condition for opening the default, as follows: That defendant file and serve a surety company bond in the sum of seven thousand five hundred dollars, conditioned for the payment of any judgment which plaintiff may recover herein; and that defendant pay the taxable costs to date, including ten dollars costs of motion at Special Term; and as so modified affirmed, with ten dollars costs and disbursements to the appellant; and in the event of defendant's failure to comply with said conditions, orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of WILLARD A. WALSH, Appellant, against MORANA, INCORPORATED, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KNOX HAT COMPANY, INC., Respondent, v. SELF-SERVICE MILLINERY STORES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY HIRSCHBERG and MORRIS PORTNAY, Appellants, v. SIQUAX SILK CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY J. HEMMENS, Appellant, v. SAMUEL A. BEARDSLEY and Others, Respond-